# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:08-cv-056 |
| Dennis Isakson a/k/a Dennis A. | ) | |
| Isakson, Lolita J. Isakson a/k/a | ) | |
| Lolita Isakson, Glenda | ) | |
| Isakson, Blaine Isakson, | ) | |
| Angela Lukenbach, Security | ) | |
| State Bank Rolla a/k/a | ) | |
| Security State Bank, and | ) | |
| Agritec, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is the Plaintiff's "Notice of Dismissal" filed on August 5, 2008. See Docket No. 14. The Plaintiff requests a dismissal pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and does not request an award of costs or attorneys' fees. The Court **ADOPTS** the Plaintiff's notice and **ORDERS** that the action be dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated this 7th day of August, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court